## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DAVID HAMILTON (#108298)**                 **CIVIL ACTION NO.**

**VERSUS**                                          **21-199-JWD-SDJ**

**JOHN ORR, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 22, 2023 (Doc. 56), to which an objection was filed and considered (Doc. 57);

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendants John Orr, Trent Barton, Luke Rheams, and Omar Walker (Doc.50) is **GRANTED,** that Hamilton's claims against Orr, Barton, Rheams, and Walker is **DISMISSED WITH PREJUDICE**, and that Hamilton's claims against Kayla Wolf are **DISMISSED WITH PREJUDICE** on the Court's own motion, resulting in this action being dismissed in its entirety.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 10, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**